No. 2,065.—CHAS. A. LYNCH, RESPONDENT, *v.* FRED. HERRIG, APPELLANT.

*Appeal from District Court, Flathead County; D. F. Smith, Judge.*

On motion to dismiss appeal from order denying new trial.

Decided September 28, 1904.

PER CURIAM.—Upon motion of respondent herein the appeal from the order denying the motion for a new trial is hereby dismissed.

*Mr. S. M. Logan,* for Appellant.

*Messrs. Noffsinger & Folsom,* for Respondent.